UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA WHITFORD,<br><br>              Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | CASE NO. C18-5748 BAT<br><br>**ORDER GRANTING MOTION FOR EAJA FEES AND COSTS** |

The Court GRANTS plaintiff's MOTION for EAJA fees and costs, Dkt. 13, and ORDERS:

Plaintiff is awarded EAJA fees of $6,531.84, expenses of $13.68 and costs of $400.

DATED this 18th day of April, 2019.

                                                        /s/ *signature*
                                                      BRIAN A. TSUCHIDA
                                                      Chief United States Magistrate Judge